# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132366(73)(74)

GUST PAPADELIS, NIKI PAPADELIS,
TELLY'S GREENHOUSE AND GARDEN
CENTER, INC., and TELLY'S NURSERY LLC,
      Plaintiffs-Appellees/
      Cross-Appellants,

v

                               SC: 132366
                               COA: 268920

CITY OF TROY, MARK STIMAC, and
MARLENE STRUCKMAN,
                               Oakland CC: 2005-067029-CZ
      Defendants-Appellants/
      Cross-Appellees.

_____/

On order of the Court, the motion for reconsideration of this Court's June 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for immediate consideration is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830